# IN THE SUPREME COURT OF THE STATE OF NEVADA

GONZALO I. GALINDO MILAN; AND JULIE LACHELL HAMMER,
Petitioners,
vs.
THE HONORABLE MATHEW HARTER, DISTRICT JUDGE; THE HONORABLE LISA M. BROWN, DISTRICT JUDGE; THE HONORABLE BRYCE C. DUCKWORTH, DISTRICT JUDGE; AND STEVEN B. WOLFSON, DISTRICT ATTORNEY IN AND FOR COUNTY OF CLARK,
Respondents,
and
ALISSA ENGLER, SENIOR DEPUTY ATTORNEY GENERAL IN AND FOR THE STATE OF NEVADA; CHRISTOPHER R. ARABIA, DISTRICT ATTORNEY IN AND FOR COUNTY OF NYE; MARY JOHANNA RASMUSSEN; AND ANTHONY JAMES CAROLLO,
Real Parties in Interest.

No. 80819

FILED

JUN 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This pro se original petition for a writ of prohibition and/or mandamus challenges district court child custody and support proceedings. Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing

20-23439

that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
Hon. Lisa M. Brown, District Judge, Family Court Division
Hon. Mathew Harter, District Judge
Hon. Robert W. Lane, District Judge
Steven B. Wolfson
Gonzalo I. Galindo Milan
Julie Lachell Hammer
Attorney General/Carson City
Attorney General/Las Vegas
Nye County District Attorney
Black & LoBello
The Dickerson Karacsonyi Law Group
Eighth District Court Clerk
Nye County Clerk